United States District Court
Southern District of Texas
**ENTERED**
March 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MA DOLORES LARA ENRIQUEZ a.n.f. of CESAR RAMIREZ, § § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. H-23-3498 |
| JP MORGAN CHASE BANK, N.A., § § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order granting Defendant's Motion for Summary Judgment, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 6th day of March, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE